UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE ZAFIR CASEY,<br><br>           Plaintiff,<br><br>     v.<br><br>CRUZ, et al.,<br><br>           Defendants. | Case No.: 1:24-cv-00670-SKO<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE THIS ACTION** |

On June 10, 2024, the Clerk of the Court opened this action following receipt of an untitled document from Plaintiff Dominique Zafir Casey, construed to be a complaint. (Doc. 1.) That same date, the Court issued its First Informational Order in Prisoner/Civil Detainee Civil Rights Case, or new documents. (Doc. 2.)

Subsequent review of the document received from Plaintiff on June 10, 2024, bearing no case number, reveals that it is associated with an earlier filed action: *Casey v. Brown*, *et al*., No. 1:23-cv-01068-JLT-SAB. The document has since been properly filed in that action. Because Plaintiff's document is not a complaint and the document does not warrant opening a new action, this case should be administratively closed. Plaintiff shall disregard the new case documents issued in this matter as they were issued in error.[1]

---

[1] Plaintiff is reminded to include the relevant case number on any document sent to the Court. *See* Local Rule 133.

Accordingly, and for the reasons given above, **IT IS HEREBY ORDERED** that the Clerk of the Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

Dated:   **June 11, 2024**                              /s/ *Sheila K. Oberto*
                                                                      UNITED STATES MAGISTRATE JUDGE